United States District Court
of
South Dakota

Duncan G. Standing Rock
   Plaintiff

V.

RD&J Partnership D/B/A. McDonald's.
   Defendants.

CIV 08-4079

**FILED**
JUN 11 2008

Comes now Duncan Standing Rock, hereinafter referred to as plaintiff.

<u>Issues & facts</u>

Plaintiff went to McDonald's for a walk-in interview, seeking employment on October 4, 2006.
At the interview Plaintiff was told that he did very well and that he would be contacted in a few days to begin employment.
Plaintiff did not get a call from interviewer, Sonja Ohlrogge, concerning employment. Plaintiff called her approximately 7 days later and was told she hired two other people after she interviewed plaintiff. See exhibit A.

Plaintiff believed he was discriminated against and filed a complaint with the Human Relations Commission on October. 31, 2006. See exhibit B. Sioux Falls Human Relations Commission determined no probable cause in the above entitled case on November. 28, 2007. See exhibit C. Also see exhibit D for R.D & J partnership D/B/A McDonald's response to plaintiff's complaint.

Plaintiff filed a rebuttal statement on November. 15, 2006 to RD&J Partnership D/B/A McDonald's to deny the allegations of discrimination See exhibit E.

The final response was received from The Equal Employment Opportunity Commission, Chicago District Office on March. 12, 2008. See exhibit F.

## Conclusion

Plaintiff applied at McDonald's and was hired. Upon not being hired as promised. A complaint of discrimination was filed. Furthermore defendants in this case slandered plaintiff in their defense response, to cover up the fact that the management of McDonald's discriminated.

Duncan Standing Rock

*Duncan Standing Rock*

6-11-08

624 W. 15th St #2
57104