Exhibit - B

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☒ FEPA  EM 06-10-3⌒<br>☐ EEOC  32 H-2006-0004 |

Sioux Falls Human Relations Commission _____ and EEOC
*(State or local agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Mr. Duncan G. Standing Rock | 605-332-3273 |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| PO Box 88145   4000 South West Avenue | Sioux Falls, SD 57109-8145 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| McDonald's | 15+ | 605-338-2222 |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|---|
| 3200 South Minnesota Avenue | Sioux Falls, SD 57105 | Minnehaha |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate boxes)*
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE  ☐ RETALIATION  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
Earliest _____  Latest 10/4/06
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I am an American Indian. I applied for a position at McDonald's for which I had previous experience. On or about October 4, 2006, I was interviewed for this position at McDonald's at the South Minnesota Avenue location. During the interview I was asked if I wanted to work nights and I told the interviewer I was willing to work any time. The interviewer told me I would be contacted within a few days. When no one called, I called there and the interviewer said she hired two other people that she had interviewed after me. I believe I was not given the job because of my race.

I believe I was not hired because of my race because there are no minorities working there. I applied for a position for which I have experience and training and applicants who were interviewed after me were given the job.

I am American Indian. I was not hired for a position that I was qualified for because of my race. I believe in denying me employment based on my protected class status, McDonald's has violated my rights protected by Sioux Falls Ordinance Chapter 21 1/2 and Title VII of the Civil Rights Act of 1964 as amended.

I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — When necessary to meet State and Local Requirements.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

10-31-06
Date                    Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(Month, day, and year)*
10-31-06

EEOC FORM 5 Rev. 07/99     PREVIOUS EDITIONS OF THE FORM ARE OBSOLETE AND MUST NOT BE USED.

My Commission Expires September 2, 2008

(This form is covered by the Privacy Act of 1974, Public Law 93-579: Authority for requesting the personal data and the uses are given below.)

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, CHARGE OF DISCRIMINATION, March 1984.

2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626.

3. PRINCIPAL PURPOSE(S). The purpose of the charge, whether recorded initially on this form or in some other way reduced to writing and later recorded on this form, is to invoke the jurisdiction of the Commission.

4. ROUTINE USES. This form is used to determine the existence of facts which fall within the Commission's jurisdiction to investigate, determine, conciliate and litigate charges of unlawful employment practices. Information provided on this form will be used by Commission employees to guide the Commission's investigatory activities. This form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. A copy of this charge will ordinarily be served upon the person against whom the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Charges must be in writing and should identify the parties and action or policy complained of. Failure to have a charge which identifies the parties in writing may result in the Commission not accepting the charge. Charges under Title VII must be sworn to or affirmed. Charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to provide the requested information.

6. [ ] Under Section 706 of Title VII of the Civil Rights Act of 1964, as amended, this charge will be deferred to and will be processed by the State or local agency indicated. Upon completion of the agency's processing, you will be notified of its final resolution in your case. If you wish EEOC to give Substantial Weight Review to the agency's findings, you must send us a request to do so, in writing, within fifteen (15) days of your receipt of the agency's finding. Otherwise, we will adopt the agency's finding as EEOC's and close your case.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of the Civil Rights Act of 1964, as amended, and Section 4(d) of the Age Discrimination in Employment Act of 1967, as amended state:

It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed a practice made an unlawful employment practice by this title or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this title.

The Equal Pay Act of 1963 contains similar provisions. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.