

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*********************************************************************

| | | |
|---|---|---|
| DUNCAN G. STANDING ROCK, | * | CIV 08-4079 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT |
| RD&J PARTNERSHIP, d/b/a/ MCDONALDS | * | |
| Defendant. | * | |

*********************************************************************

In accordance with the Memorandum Opinion and Order filed on this day with the Clerk,

IT IS ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment (Doc. 20) is granted and the lawsuit is dismissed with prejudice.

Dated this 22nd day of October, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY